UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| DONNIE RAY BAKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:15-CV-145 ) (GUYTON) |
| ASSA-ABLOY, INC, et al., | ) ) |
| Defendants. | ) |

## ORDER

For the reasons set forth more fully in the accompanying Memorandum Opinion, the Defendants' motion **[Doc. 34]** is **GRANTED** and all the claims brought herein by the Plaintiff are **DISMISSED with prejudice**.

The Clerk of Court shall enter judgment in favor of the Defendants, and thereafter, close this case.

**IT IS SO ORDERED:**

ENTER:

_____
United States Magistrate Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT